LAW OFFICES
ROBERT S. LEWIS, P.C
ATTORNEYS AND COUNSELORS AT LAW
53 BURD STREET
NYACK, NEW YORK 10960

------

ROBERT.LEWLAW1@GMAIL.COM
(845) 358-7100
FAX: (845) 353-6943

October 29, 2019

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*RE: Michelle Foley*
*Case No. 19-23257*

Dear Judge Morris:

Please allow this letter to serve as a Status Report for the above referenced Debtor's Chapter 13 Bankruptcy proceeding.

Please be advised that a Motion for Relief was granted on September 19, 2019 directing the Debtor to make adequate protection payments to MNH SUB I, LLC for her property 20 Hook Road Bedford, NY 10506. Unfortunately, the Debtor has not made a payment despite our instructions. However, the Debtor has advised that she will be selling this property. The sale of this property will allow the Debtor to pay multiple claims filed on this case, and restructure her finances.

Further, a Motion to Dismiss filed by the Chapter 13 Trustee Krista Preuss is scheduled to be heard at this court for December 11, 2019. The Debtor hopes to catch up on Chapter 13 Plan payments and have filed her 2018 Tax Returns before that date.

Thank you for your attention in this matter.

                                                      Very truly yours,

                                                     /s/ Jasmine M. Rosa
                                                     JASMINE M. ROSA/ legal assistant

RSL/jmr
Cc: To all creditors and parties of interest