B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Michele Foley                                     ,          Case No.   19-23257-shl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SN Servicing Corporation, as servicer for
MCH SUB I, LLC
_____
Name of Transferee

MNH SUB I, LLC
_____
Name of Transferor

Name and Address where notices to transferee
should be sent:
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Phone: _____
Last Four Digits of Acct #: _____1543_____

Court Claim # (if known): _____12_____
Amount of Claim: _____$481,353.87_____
Date Claim Filed: _____09/09/2019_____

Phone: _____
Last Four Digits of Acct. #: _____1543_____

Name and Address where transferee payments
should be sent (if different from above):
SN Servicing Corporation
323 5th Street
Eureka, CA 95501
Phone: _____
Last Four Digits of Acct #:_____1543_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 2/4/2020
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.